# UNITED STATES DISTRICT COURT
### for the
### Southern District of California

**FILED**
JUL 0 7 2017
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

In the Matter of the Search of  )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )
 ) Case No.
Priority Mail Express Envelope #EL589497256US, )
addressed to Rich Farrell, 302 Washington St. #330, San ) **'17 MJ 2247**
Diego, CA 92103 )

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location):*
See Attachment A

located in the     Southern     District of     California    , there is now concealed *(identify the person or describe the property to be seized)*:
See Attachment B

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
- ☑ evidence of a crime;
- ☑ contraband, fruits of crime, or other items illegally possessed;
- ☑ property designed for use, intended for use, or used in committing a crime;
- ☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| Title 21, United States Code, Sections 841(a)(1), 843(b), and 846 | Distribution of Controlled Substances, Unlawful use of communications facility, Conspiracy |

The application is based on these facts:
See attached Affidavit of US Postal Inspector Gary V. Arias

- ☑ Continued on the attached sheet.
- ☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*

Gary V. Arias, US Postal Inspector
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 7/7/17

*Judge's signature*

City and state: San Diego, California     Honorable William V. Gallo, U.S. Magistrate Judge
*Printed name and title*

# AFFIDAVIT FOR SEARCH WARRANT

I, Gary V. Arias, being duly sworn, hereby depose and state:

## BACKGROUND

1. I am a Federal Agent employed by the United States Postal Inspection Service ("USPIS"). I am an "investigative or law enforcement officer" of the United States within the meaning 18 U.S.C. 2510(7) and a federal law enforcement officer Fed. R. Crim. P. 41(a)(2)(C). I am empowered by law to conduct investigations of, and to make arrests for, offenses enumerated in 18 U.S.C. 3061.

2. I am a U.S. Postal Inspector for the USPIS. I have been employed as a Postal Inspector since March 2001. From March 2001 through June 2001, I attended the Basic Postal Inspector Academy. I was initially assigned to the Mail Theft Team. Beginning in January 2010, I was assigned to the Prohibitive Mailings Illegal Narcotics Team. By virtue of my employment with the USPIS, I have participated in various tasks which include, but are not limited to: 1) functioning as a surveillance agent and thereby observing and recording movements of persons trafficking drugs and those suspected of trafficking drugs; 2) interviewing cooperating individuals and informants relative to illegal trafficking of drugs and the distribution of monies and assets derived from the illegal trafficking of drugs; 3) functioning as a case agent which entails supervising specific drug trafficking investigations; and 4) executing arrest warrants, search warrants, consent searches, Fourth Amendment waiver searches and participating in the arrests of drug traffickers. I have had formal training and experience in controlled substance investigations, and I have become familiar with the manner in which controlled substances are packaged, marketed, cultivated, manufactured and consumed.

3. I was previously employed with the Joplin (Missouri) Police Department for nine years, where I was assigned to the Patrol Division for six years and the Detective Division for three years. During that time, I was involved in several narcotic-related investigations. I also received training from the Missouri Department of Public Safety on Drug Identification & Influence, as well as an additional 40 hours of training every year

with sections dedicated to Narcotics crimes. I am currently cross-sworn as a Special Deputy with the San Diego Sheriff's Department.

4. My current duties include investigating violations of the federal Controlled Substance Act and related offenses. I have also had training regarding the investigation of individuals who use the U.S. mail to transport controlled substances and proceeds from their sale, and who use Postal Money Orders to launder the proceeds. In the course of my employment, I have investigated illicit controlled substance trafficking in San Diego and surrounding areas. I have made numerous arrests for violations of the controlled substance laws. These investigations and arrests involved: (1) unlawful importation, exportation, possession with intent to distribute the following controlled substances; methamphetamine, cocaine, marijuana, and heroin; (2) the laundering of narcotic proceeds and monetary instruments derived from narcotics activities; and (3) conspiracies associated with controlled substances offenses. These investigations have involved debriefing defendants, witnesses and informants, conducting surveillance, executing search warrants, seizing narcotics and narcotics-related assets, and making arrests for narcotics-related offenses.

## PURPOSE OF AFFIDAVIT

5. This affidavit is submitted in support of an application for a search warrant for the following **Subject Parcel**:

The **Subject Parcel** is a Priority Mail Express Envelope with Tracking Number EL589497256US. It is addressed to "Rich Farrell, 302 Washington St. #330, San Diego, CA 92103" with a return address of "Brian Dolan, 101 Cathedral Court, Carnegie, PA 15106." It was postmarked on July 5, 2017, from zip code 15106. The **Subject Parcel** weighs approximately 1 pound 6 ounces. The **Subject Parcel** is in the custody of the USPIS in San Diego, California.

6. Based on information below, I have probable cause to believe that the **Subject Parcel** contains evidence of a crime, contraband, fruits of crime and property used in committing a crime, including violations of Title 21, United States Code, Sections 841(a)(1) (distribution and possession with intent to distribute a controlled substance),

843(b) (unlawful use of a communication facility (including the mail) to facilitate the distribution of a controlled substance), and 846 (conspiracy to distribute a controlled substance).

7. The facts set forth in this affidavit are based upon my training, personal experience, and information obtained from other law enforcement agents, investigators, and the collective experiences related to me by Postal Inspectors on my team who specialize in investigations relating to the mailing of controlled substances and drug proceeds.

8. Since this affidavit is for a limited purpose, I have not included every fact I know about this investigation. I set forth only facts necessary to establish foundation for the requested warrant.

## PROBABLE CAUSE

9. In an effort to combat the flow of controlled substances through the overnight delivery services, the USPIS has established interdiction programs in areas throughout the United States. Some of these areas, including Southern California, have been identified as known sources of controlled substances. The USPIS conducted an analysis of parcels mailed through overnight delivery services (including U. S. Postal Service Express Mail, Federal Express, and United Parcel Service) which were found to contain controlled substances or proceeds/payments of controlled substance sales. This analysis has established a series of characteristics which, when found in various combinations, have been indicative of parcels that contain controlled substances or the proceeds/payments for controlled substances. These characteristics include:

    a. the parcel was mailed from or addressed to a narcotic source city;
    b. the parcel has a fictitious return address;
    c. the parcel addressee name is unknown at the destination address;
    d. the parcel sender name is unknown at the return address;
    e. the parcel has handwritten address information;
    f. the parcel is mailed from a commercial mail receiving agency;

g. the parcel is addressed to a residential area;

h. the parcel is addressed from an individual to an individual;[1]

i. the parcel is wrapped in brown paper and/or heavily taped; and

j. the ZIP Code from where the parcel is mailed is different than the ZIP Code used in the return address.

10. On July 6, 2017, during routine inbound interdiction at the Midway Postal Facility, I came into contact with the **Subject Parcel**. I examined the exterior of the **Subject Parcel** and became suspicious of it for the following reasons:

a. The size, shape and appearance of the **Subject Parcel** were consistent with parcels previously identified in other investigations that contained narcotics or narcotics proceeds.

b. The **Subject Parcel** is a White Priority Mail Express Mail Envelope, approximately 15" X 9.5", which is consistent with packages in other investigations that have contained narcotics or narcotics proceeds.

c. The **Subject Parcel** was heavily taped around the seams with clear packing tape, even though the parcel has self-adhesive flaps for security.

Based upon the aforementioned factors, the parcel was detained for further investigation.

11. I used CLEAR to conduct a check of the return address listed for the **Subject Parcel**. "Brian Dolan, 101 Cathedral Court, Carnegie, PA 15106". CLEAR is a public information database utilized by law enforcement and provides names, addresses, telephone numbers and other identifying information. CLEAR was able to locate the above Carnegie address in its database. CLEAR was able to associate the name Brian Dolan to the address.

12. I used CLEAR to conduct a check of the recipient address listed on the **Subject Parcel**: "Rich Farrell, 302 Washington St. #330, San Diego, CA 92103." CLEAR

---

[1] In instances when overnight delivery parcels containing controlled substances or proceeds/payments related to narcotics, and the package has displayed a business or company name, it has usually proven to be a fictitious business or company.

*Affidavit for Search Warrant*     Page **4** of **6**

was able to locate the address in its database. CLEAR was unable to locate the name of "Rich Farrell" as a resident at that address.

13. On July 6, 2017 I met with Chula Vista Police Department Officer Sean Myers #980 and his trained narcotic detection canine, "Apollo," #K9-40 at the Midway Postal Facility, San Diego, CA. Officer Myers and Apollo conducted an exterior examination of the **Subject Parcel**. When Apollo examined the **Subject Parcel**, Officer Myers told me that Apollo alerted to the presence of the odor of controlled substances.

14. In October of 2015, Officer Myers was assigned to train K9 "Apollo" in the area of narcotic detection. "Apollo" and Officer Myers received 120 hours of training in the detection of the odors of marijuana, heroin, methamphetamine, and cocaine from Manuel Villanueva. On November 02, 2015, "Apollo" and Officer Myers were initially certified in the odor detection of marijuana, cocaine, heroin, and methamphetamine by POST evaluator James Smith (Oceanside Police Department) in the detection of the odors of marijuana, cocaine, heroin, and methamphetamine.

15. Based on my training and experience and discussion with other officers who specialize in investigations involving the mailing of controlled substances and drug proceeds, I know that these proceeds are generally in large amounts of money over $1,000. Based on my training and experience, I also know that narcotics proceeds often contain the odor of narcotics because they have been contaminated or associated with the odor of one or more controlled substances.

16. Based on the facts set forth in this affidavit, I submit that there is probable cause to believe controlled substances, notes and/or currency from the illegal sale and mailing of controlled substances is/are being concealed in the **Subject Parcel** as described above. Accordingly, I seek the issuance of a search warrant directing the search of the article as described above and the seizure of the article, any controlled substances, currency, and/or materials and documents reflecting the distribution of controlled substances, all in violation of Title 21, United States Code, Sections 841(a)(1), 843(b), and 846.

17. Because the **Subject Parcel**: (1), had a recipient address that does not associate to the name of the recipient; (2), was alerted to by a trained narcotics canine; and (3) has the parcel size, shape and other characteristics were consistent with that of parcels previously investigated that have contained narcotics or narcotic proceeds and for the other reasons set forth herein, there is probable cause to believe controlled substances, notes and/or currency from the illegal sale and mailing of controlled substances is/are being concealed in the **Subject Parcel** as described above. Accordingly, I now seek the issuance of a search warrant directing the search of the article as described above and the seizure of the article, any controlled substances, currency, and/or materials and documents reflecting the distribution of controlled substances, all in violation of Title 21, United States Code, Sections 841(a)(1), 843(b), and 846.

I declare under penalty and perjury the foregoing is true and correct to the best of my knowledge and belief.

_____
Gary V. Arias
United States Postal Inspector

Subscribed and sworn to before me on July __7__, 2017.

_____
HONORABLE WILLIAM V. GALLO
United States Magistrate Judge

*Affidavit for Search Warrant*            Page **6** of **6**

# ATTACHMENT A

## PARCEL TO BE SEARCHED

The Parcel is described as a United States Postal Priority Mail Express Parcel # EL589497256US (**Subject Parcel**). It is addressed to "Rich Farrell, 302 Washington St. #330, San Diego, CA 92103" with a return address of "Brian, Dolan, 101 Cathedral Court, Carnegie, PA 15106." It was postmarked on July 5, 2017, from zip code 15106. The **Subject Parcel** weighs approximately 1 pound 6 ounces. The **Subject Parcel** is in the custody of the USPIS in San Diego, California.

*Attachments for Search Warrant*

Case 3:17-mj-02246-WVG   Document 1   Filed 07/07/17   PageID.9   Page 9 of 9

## **ATTACHMENT B**

ITEMS TO BE SEIZED

The following are the items to be seized from the "SUBJECT PARCEL", which constitute the fruits, instrumentalities, and evidence of violations of Title 21, United States Code, Sections 841(a)(1) (Distribution and Possession with Intent to Distribute a Controlled Substance) and 843(b) (Unlawful Use of a Communication Facility (including the mails) to Facilitate the Distribution of a Controlled Substance):

      a.    Any controlled substances, including marijuana;

      b.    Currency, money orders, bank checks, or similar monetary instruments in quantities over $100.

*Attachments for Search Warrant*